1

2

3

4

5

6

7

8

9

10

11

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

12  LOWLIN SAEPHARN,                          )    1:07-CV-00249 OWW SMS HC
                                             )
13              Petitioner,                  )    ORDER GRANTING PETITIONER'S
                                             )    MOTION TO AMEND PETITION
14       v.                                  )    [Doc. #12]
                                             )
15  JOHN MARSHALL, Warden,                   )    ORDER DIRECTING CLERK OF COURT
                                             )    TO FILE AMENDED PETITION
16              Respondent.                   )    [Doc. #13]
                                             )

17

18          Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

19  28 U.S.C. § 2254.

20          On June 8, 2007, the undersigned issued a Findings and Recommendation which

21  recommended Respondent's motion to dismiss be granted. It was further recommended that Grounds

22  Three and Four be dismissed with prejudice, Ground One be dismissed without prejudice, and

23  Petitioner be granted leave to file an amended petition. The parties were granted thirty days to file

24  objections.

25          On June 22, 2007, Petitioner filed a motion to amend the petition and lodged a proposed

26  amended petition. In his motion, Petitioner states he has no objections to the Findings and

27  Recommendation. He has chosen to abandon Ground Two of the original petition, and he has lodged

28  his first amended petition which expounds on Ground One of the original petition. The Court has

1    reviewed the amended petition and finds it to be in compliance with the Findings and

2    Recommendation, and specifically, Rule 2(c) of the Rules Governing Section 2254 Cases.

3         Rule 15(a) of the Federal Rules of Civil Procedure provides, in relevant part:

4         (a) Amendments. A party may amend the party's pleading once as a matter
          of course at any time before a responsive pleading is served or, if the
5         pleading is one to which no responsive pleading is permitted and the action
          has not been placed upon the trial calendar, the party may so amend it at any
6         time within 20 days after it is served. Otherwise a party may amend the
          party's pleading only by leave of court or by written consent of the adverse
7         party; and leave shall be freely given when justice so requires.

8         Petitioner has shown good cause to amend the petition. Accordingly, Petitioner's motion to

9    file an amended petition is GRANTED, and the Clerk of Court is DIRECTED to file the lodged

10   proposed first amended petition.

11   IT IS SO ORDERED.

12   **Dated:    July 12, 2007**                    **/s/ Sandra M. Snyder**
                                              UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28