UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOWLIN SAEPHARN, | ) | 1:07-00249 OWW SMS HC |
| | ) | |
| Petitioner, | ) | |
| | ) | ORDER DENYING PETITIONER'S |
| | ) | REQUEST FOR JUDICIAL NOTICE |
| v. | ) | |
| | ) | [Doc. #25] |
| | ) | |
| JOHN MARSHALL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On April 17, 2008, Petitioner filed a motion requesting this Court take judicial notice of the state appellate court decision in In re Singler, case no. C054634. Respondent did not file an opposition to Petitioner's motion.

**DISCUSSION**

As stated in the Court's prior order of February 11, 2008, "A court may take judicial notice of its own records in other cases, as well as the records of an inferior court in other cases." United States v. Wilson, 631 F.2d 118, 119 (9th Cir.1980). Fed. R. Evid. § 201(b)(2) permits judicial notice of a fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned."

1    Therefore, the Court may take judicial notice of the existence of a state court decision. In
2 addition, the Court may apply the findings of a state court decision, but only when the facts are not
3 subject to reasonable dispute. Fed. R. Evid. § 201(b). Here, the Court finds judicial notice of the
4 <u>Singler</u> case unwarranted. Petitioner argues the case contains legal facts and reasoning similar to
5 those asserted in the instant petition. This is simply insufficient to merit judicial notice. The case is
6 just one of many state cases overturning a parole board decision. The facts have no relationship to
7 the facts in Petitioner's case. In addition, the conclusions of law have no bearing in this matter as the
8 state decision is of no authoritative value.
9    Accordingly, IT IS HEREBY ORDERED that Petitioner's motion for judicial notice is
10 DENIED.
11 IT IS SO ORDERED.
12 **Dated:   May 19, 2008**            /s/ Sandra M. Snyder
                                   UNITED STATES MAGISTRATE JUDGE