UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWLIN SAEPHARN, ) | 1:07-CV-00249 OWW SMS HC |
| ) | |
| Petitioner, ) | ORDER ADOPTING FINDINGS AND |
| ) | RECOMMENDATION |
| ) | [Doc. #27] |
| ) | |
| v. ) | ORDER DENYING PETITION FOR WRIT |
| ) | OF HABEAS CORPUS |
| ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| JOHN MARSHALL, Warden, ) | TO ENTER JUDGMENT |
| ) | |
| Respondent. ) | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On September 16, 2008, the Magistrate Judge issued a Findings and Recommendation that recommended the petition be DENIED with prejudice. The Magistrate Judge further recommended that the Clerk of Court be DIRECTED to enter judgment. The Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On September 26, 2008, Petitioner filed objections to the Findings and Recommendation.

1 Petitioner contends the Findings and Recommendation should be rejected because the Magistrate
2 Judge applied an incomplete formulation of the proper standard of review. See Objections at 3. In
3 particular, Petitioner states the Magistrate Judge failed to apply the standard set forth in the recent
4 California Supreme Court case, In re Lawrence, 44 Cal.4th 1181 (2008). Petitioner's challenge is
5 without merit. In Lawrence, the California Supreme Court held that "when a court reviews a decision
6 of the Board or the Governor, the relevant inquiry is whether some evidence supports the decision of
7 the Board or the Governor that the inmate constitutes a current threat to public safety, and not merely
8 whether some evidence confirms the existence of certain factual findings." Id. at 1212. This was the
9 standard applied by the Magistrate Judge. See Findings and Recommendation at p. 7, ln. 7-10.
10 Indeed, both the Magistrate Judge and the Lawrence court cited to In re Lee, 143 Cal.App.4th 1400,
11 1408 (2006), for this proposition. The Magistrate Judge concluded that the state court's finding that
12 some evidence supported the Board's determination that Petitioner remained a risk of danger to the
13 public in light of the factors considered was not unreasonable. This Court agrees with the Findings of
14 the Magistrate Judge.

15      In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de*
16 *novo* review of the case.  Having carefully reviewed the entire file and having considered the
17 objections, the Court concludes that the Magistrate Judge's Findings and Recommendation is
18 supported by the record and proper analysis, and there is no need to modify the Findings and
19 Recommendations based on the points raised in the objections.

20      Accordingly, IT IS HEREBY ORDERED that:

21      1. The Findings and Recommendation issued September 16, 2008, is ADOPTED IN FULL;

22      2. The Petition for Writ of Habeas Corpus is DENIED with prejudice;

23      3. The Clerk of Court is DIRECTED to enter judgment; and

24      4. As this petition challenges a parole decision, a certificate of appealability is not required.
25 Rosas v. Nielsen, 428 F.3d 1229, 1232 (9th Cir.2005).

26 IT IS SO ORDERED.

27 **Dated:   October 20, 2008**            **/s/ Oliver W. Wanger**
                                            UNITED STATES DISTRICT JUDGE
28