IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOWLIN SAEPHARN,<br><br>　　　　　Petitioner,<br><br>vs.<br><br>JOHN MARSHALL,<br><br>　　　　　Respondent.<br>_____/ | 1:07-cv-00249-OWW-SMS (HC)<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL<br><br>DIRECTING CLERK TO SERVE COPY ON COURT OF APPEALS<br><br>(DOCUMENT #31) |

　　　Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On October 21, 2008, judgment was entered denying the petition for writ of habeas corpus. On November 6, 2008, petitioner filed a notice of appeal, a motion for certificate of appealability and an application to proceed in forma pauperis.

　　　A party who was permitted to proceed in forma pauperis in the district court may proceed in forma pauperis on appeal without further authorization unless the district court certifies that the appeal is not taken in good faith. See Fed. R. App. Pro. 24(a)(3). In this case, Petitioner paid the filing fee, and therefore did not proceed in this Court in forma pauperis. Thus, Petitioner is not automatically entitled to proceed in forma pauperis on appeal. However, examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal. Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915.

///

///

The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.

IT IS SO ORDERED.

**Dated:**   November 18, 2008                    /s/ Sandra M. Snyder
                                                  UNITED STATES MAGISTRATE JUDGE